No. 91–5115. LAWS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 91–5116. NEWTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5117. LITZENBERG *v.* MURPHY ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–5119. HARVEY *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT WAYMART, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–5120. LOGAN *v.* SOUTH CAROLINA. Ct. Common Pleas of Georgetown County, S. C. Certiorari denied.

No. 91–5121. LATORRE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–5122. GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5123. GOULD *v.* NATIONAL ARCHIVES AND RECORDS ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 91–5124. BROWN *v.* OHIO DEPARTMENT OF ADMINISTRATIVE SERVICES. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 91–5125. CLARK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–5126. BUFFINGTON *v.* TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 91–5128. COPE *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 91–5131. CONLEY *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 91–5132. FOX *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–5133. BOARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.